2011-60663
FILED
September 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003792051

B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

## INVOLUNTARY PETITION

**IN RE (Name of Debtor – If Individual: Last, First, Middle)**
Hummer Transportation, Inc.

**ALL OTHER NAMES used by debtor in the last 8 years** (Include married, maiden, and trade names.)
1039012 Ontario, Inc.

**Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN** (If more than one, state all.):

**STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)
4560 West Palo Alto Ave Unit 102
Fresno, CA

**MAILING ADDRESS OF DEBTOR** (If different from street address)

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**
Fresno
ZIP CODE 93722

ZIP CODE

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)
8 Tango Road, Brampton, Ontario Canada

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

✔ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Kimberly Spoa-Harty
Signature of Petitioner or Representative (State title)
Kimberly Spoa-Harty     09/08/2011
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kimberly Spoa-Harty
516 Carriage Lane
Westville, Indiana 46391

x /s/ Thomas S. Engel Esq. 105659     09/08/2011
Signature of Attorney     Date
Engel & Miller
Name of Attorney Firm (If any)
964 5th Avenue #400 San Diego, California 92101
Address
(619) 544-1415
Telephone No.

x /s/ Jesse Harty
Signature of Petitioner or Representative (State title)
Jesse Harty     09/08/2011
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jesse Harty
516 Carriage Lane
Westville, Indiana 46391

x Thomas S. Engel Esq. 105659     09/08/2011
Signature of Attorney     Date
Engel & Miller
Name of Attorney Firm (If any)
964 5th Avenue #400 San Diego, California 92101
Address
(619) 544-1415
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
_____
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney     Date
_____
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kimberly Spoa-Harty 516 Carriage Lane Westville, Indiana | Personal Injury | 4,270,000.00 |
| Jesse Harty 516 Carriage Lane Westville, Indiana 46391 | Personal Injury | 950,000.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 5,220,000.00 *

___0___ continuation sheets attached

*plus accruing interest and less any prior partial payments.